UNITED STATES v. OWEN et al. (Circuit Court of Appeals, Eighth Circuit. October 17, 1910.) No. 3,172. Appeals from Circuit Court of the United States, for the Eastern District of Oklahoma. With this case has been consolidated in this court 105 other cases by the United States against different

defendants. Attorney General Wickersham and A. N. Frost, Sp. Asst. Atty. Gen., for the United States.

PER CURIAM. Reversed, without costs to either party in this court, on motion of appellant, and remanded, with directions for further proceedings therein in conformity with the views expressed in the opinion of this court in the case of United States v. Allen (No. 3,150) 179 Fed. 13, 103 C. C. A. 1.